✓# 10113   # 129471

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2011 MAY -6 PM 3: 48
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re:  FELISHA M. LAWSON              Case No. 05-70717

                                                       Chapter 7

                                                       Judge: MARY ANN WHIPPLE

          Debtor(s).

## REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Finance System of Toledo | P.O. Box 351297<br>Toledo, OH  43635-1297 | $2.83 |
| Finance System of Toledo | P.O. Box 351297<br>Toledo, OH  43635-1297 | $3.49 |

Check for $6.32 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Dated: 5/03/2011

                                                       John N. Graham, Trustee